# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl Culp et al,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:09cv77

Countrywide Home Loans, Inc.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/30/2009 Order.

Signed: July 30, 2009

Frank G. Johns, Clerk
United States District Court